UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN THOMPSON,

                Plaintiff,

-v-

SGT. BOOTH, C.O., et al.,

                Defendants.

Civ. 16-cv-03477 (KMK) (PED)

## PLAINTIFF'S NOTICE OF MOTION TO COMPEL

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure, Plaintiff Kevin Thompson, by and through his undersigned counsel, will move this Court, before the Honorable Magistrate Judge Paul E. Davison, 400 Quarropas Street, White Plains, New York 10601-4150, Room 420, for an Order, compelling Defendant Sgt. Booth to appear for his deposition, requiring counsel to serve an order compelling Defendant's appearance at his deposition through all available means, and for any such other and further relief the Court deems just and proper.

Dated: New York, New York
       February 12, 2020

                                          COZEN O'CONNOR

                      By: _____
                                          Joseph Dever
                                          William Lesser
                                          45 Broadway, 16th Floor
                                          New York, New York 10006
                                          (212) 509-9400
                                          jdever@cozen.com
                                          wlesser@cozen.com

**CERTIFICATE OF SERVICE**

I, William Lesser, hereby certify that on February 12, 2020, I caused a true and correct copy of the foregoing Plaintiff's Motion to Compel, and all accompanying papers, to be served upon all counsel of record via ECF and first-class mail to Defendant Charlotte Peterson at P.O. Box 634, Wappingers Falls, NY 12590.

Dated: New York, New York
February 12, 2020

By: _____