UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN THOMPSON,

                Plaintiff,

-v-

SGT. BOOTH, C.O., et al.,

                Defendants.

Civ. 16-cv-03477 (KMK) (PED)

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL

AND NOW, this **13** day of **Feb.**, 2020, upon consideration of Plaintiff's Motion to Compel, it is hereby ORDERED and DECREED that said Motion is GRANTED. Defendant Sgt. Booth is ORDERED to appear for his deposition on March 3, 2020 at 10:00 AM at the law offices of Cozen O'Connor, 45 Broadway, Suite 1600, New York, New York 10006 and counsel for Sgt. Booth is ORDERED to serve this Order and inform Sgt. Booth of his scheduled deposition through all available means, including but not limited to, his last known address, telephone number, and personal email address, if known.

BY THE COURT:

_____
The Honorable Paul E. Davison   2/13/20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/20