UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KEVIN THOMPSON,

                         Plaintiff,

v.                                                        ORDER

SGT. BOOTH, C.O., et al.,                                16-cv-03477 (PMH)

                         Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court shall hold a pre-motion conference on May 11, 2020 at 2:00 p.m. to address

summary judgment motion practice as it relates to *pro se* Defendants Charlotte Peterson and

Troy Booth. The briefing schedule set on April 15, 2020 (Doc. 145) is unaffected by the Order.

        As this case has recently been reassigned to me, the May 11 conference will also give the

parties an opportunity to provide the Court an update on the status of this litigation. At the time

of the scheduled conference, counsel and *pro se* Defendants shall call: (888) 398-2342; access

code 3456831. Counsel for Plaintiff is instructed to mail a copy of this Order to *pro se*

Defendants and provide proof of service on the docket.


 Dated: New York, New York                  **SO ORDERED.**
         April 21, 2020

                                            _____
                                            Philip M. Halpern
                                            United States District Judge