September 9, 2021

**VIA ECF**

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

> Application granted. Plaintiff, should he be so advised,
> shall file an order to show cause for default judgment
> against Defendant Booth by October 8, 2021.
>
> The Clerk of the Court is respectfully directed to
> terminate the motion sequence pending at Doc. 195.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           September 10, 2021

Re:   **Kevin Thompson v. Sgt. Booth, et al., No. 7:16-cv-03477-PMH-PED**

Dear Judge Halpern:

We represent Plaintiff Kevin Thompson in this § 1983 prisoner civil rights case as his *pro bono* counsel.  We are writing as directed by the Court's Order, dated September 7, 2021, requesting that Plaintiff provide a status update regarding his proposed filing of an Order to Show Cause for default judgment against Defendant Troy L. Booth ("Defendant Booth") (Dkt. 194).

On August 10, 2021, we submitted an order for a copy of the transcript of the August 4, 2021 PLRA administrative remedies hearing, as we sought the benefit of the hearing transcript to prepare the proposed Order to Show Cause.  We have not yet received a copy of the transcript but are expecting it within the next few weeks.

With the Court's permission, we respectfully request that Plaintiff be granted leave to file his proposed Order to Show Cause on or before October 8, 2021, so that counsel may have the benefit of reviewing the PLRA hearing transcript to assist in the drafting of the Order to Show Cause papers.

Should the Court need any additional information from the Plaintiff, we would be happy to supplement this letter and we will of course make ourselves available at the Court's convenience.

Respectfully submitted,

COZEN O'CONNOR

By:    Hallie McDonald