**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
KEVIN THOMPSON,

                Plaintiff,

                16 **CIVIL** 3477 (PMH)

      -against-                **DEFAULT JUDGMENT**

SGT. BOOTH, C.O., et al.,            **AS TO LIABILITY**
                Defendants
---------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated December 7, 2021, default judgment is granted on Plaintiff's Cause of Action for violation of the Eighth Amendment due to Excessive Force. Judgment is entered in favor of Plaintiff and against Defendant as to liability only.

**DATED**: New York, New York
          December 7, 2021

                                **RUBY J. KRAJICK**
                                **Clerk of Court**

                **BY:**  _K. Mango_
                                **Deputy Clerk**