| | |
|---|---|
| **From:** | troy booth |
| **To:** | Halpern NYSD Chambers |
| **Subject:** | Fwd: Case#7:16cv 3477 |
| **Date:** | Sunday, March 20, 2022 11:51:43 AM |

**CAUTION - EXTERNAL:**

Sent from my iPhone

Begin forwarded message:

> **From:** troy booth <troysr100@outlook.com>
> **Date:** March 20, 2022 at 10:45:22 AM CDT
> **To:** AD2-ClerksOffice@nycourts.gov
> **Subject: Case#7:16cv 3477**
>
> Good day I am a retired New York State correction sergeant I am being held accountable for $50,000. I feel like something unfair is going on with this case. April 24, 2018 the plaintiff had an error filing. January 10, 2020 my union went against a contract agreement and stop representing me. February 13 2020 I did not receive the documents they claim, April 3, 2020 I was representing myself with no knowledge ,May 11th 2020 I was living different address ,March 10, 2021They file papers to the wrong address ,August 4, 2021 the plaintiff remedies were exhausted according to the court papers ,10 /25/21 and 2/1022 The court received letters from me that was my way of answering this complaint to my knowledge
> forgive me for the long email I have submitted photos for court documents.

---

The Court construes Defendant Booth's March 20, 2022 e-mail as a motion to vacate the default judgment entered against him for compensatory damages in the amount of $50,000. Construing Defendant Booth's motion liberally, in light of his *pro se* status, the Court finds that his motion is unsupported by fact and law. Indeed, Plaintiff's counsel served Defendant Booth with copies of all filings and orders relevant to the default proceedings against him. (Docs. 202-03, 213, 215-5 at 17, 218, 222). Defendant Booth does not claim, and provides no evidence, that he did not receive notice of the inquest hearing held on March 10, 2022--he simply chose not to participate. Defendant Booth offers no reason, other than his *pro se* status, for his failure to participate in his defense and comply with this Court's orders. But this reason is insufficient to warrant vacatur, as a litigant's *pro se* status does not prevent him or excuse him from participating in his defense. Therefore, to the extent Defendant Booth moves to vacate the default judgment entered against him, that motion is denied. *See, e.g., First Palm Beach Int'l Bank v. Banco de Descuento, S.A.*, No. 85-CV-03656, 1989 WL 38122, at *5 (S.D.N.Y. Apr. 7, 1989) (denying motion to vacate default judgment where defendant "received proper notice in this matter and failed to participate in its disposition").

A Judgment will be docketed separately.

Plaintiff's counsel is directed to serve a copy of this order on Defendant Booth and file proof of service on the docket.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 29, 2022

| | | |
|---|---|---|
| 06/18/2019 | 119 | LETTER addressed to Judge Kenneth M. Karas from Joseph Dever dated June 18, 2019 re: request that the Court schedule an initial case management conference. Counsel for Defendants consent to this request.. Document filed by Kevin Thompson. (Dever, Joseph) (Entered: 06/18/2019) |
| 06/21/2019 | 120 | MEMO ENDORSEMENT on re: 119 Letter, filed by Kevin Thompson. ENDORSEMENT: The Court will hold a conference on 7/11/19, at 2:30. SO ORDERED. (Initial Conference set for 7/11/2019 at 02:30 PM before Judge Kenneth M. Karas.) (Signed by Judge Kenneth M. Karas on 6/19/2019) (jca) (Entered: 06/21/2019) |
| 07/09/2019 | 121 | LETTER addressed to Judge Kenneth M. Karas from Janice Powers dated 7/9/2019 re: Stipulation and Order. Document filed by Booth, Garnot, C.O. Jordan, Salerno, Vigina. (Powers, Janice) (Entered: 07/09/2019) |
| 07/09/2019 | 122 | PROPOSED STIPULATION AND ORDER. Document filed by Booth, Garnot, C.O. Jordan, Salerno, Vigina. (Powers, Janice) (Entered: 07/09/2019) |
| 07/09/2019 | 123 | STIPULATION AND CONFIDENTIALITY ORDER.. regarding procedures to be followed that shall govern the handling of confidential material. . SO ORDERED. (Signed by Judge Kenneth M. Karas on 7/9/2019) (jca) (Entered: 07/09/2019) |
| 07/11/2019 | | Minute Entry for proceedings held before Judge Kenneth M. Karas: Initial Pretrial Conference held on 7/11/2019. William Lesser appeared on behalf of Plaintiff Janice Powers appeared on behalf of Defendants. No Court reporter served. The Court adopted a case management order. See Order. Any pre-motion letters are due January 30, 2020, and the non-movant's response is due February 6, 2020. The Court will hold a status conference on February 13, 2020 at 11:30am. (JD) (Entered: 07/11/2019) |
| 07/11/2019 | 124 | CASE MANAGEMENT AND SCHEDULING ORDER. This case is to be tried to a jury. Depositions due by 11/8/2019. Expert Deposition due by 2/28/2020. Fact Discovery due by 11/8/2019. Expert Discovery due by 2/28/2020. Case Management Conference set for 2/13/2020 at 11:30 AM before Judge Kenneth M. Karas. Parties have conferred and their present best estimate of the length of trial is 3-5 days. (Signed by Judge Kenneth M. Karas on 7/11/2019) (ks) (Entered: 07/11/2019) |
| 10/17/2019 | 125 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Kenneth M. Karas from William Lesser dated October 17, 2019. Document filed by Kevin Thompson.(Lesser, William) (Entered: 10/17/2019) |
| 10/17/2019 | 126 | ORDER granting 125 Letter Motion for Extension of Time to Complete Discovery. The revised discovery schedule is approved, but there will be no further extensions. The 2/13/20 conference will go forward as schedule. SO ORDERED. (Signed by Judge Kenneth M. Karas on 10/17/2019) (jca) (Entered: 10/17/2019) |
| 10/17/2019 | | Set/Reset Deadlines: Deposition due by 1/31/2020. Fact Discovery due by 1/31/2020. (jca) (Entered: 10/17/2019) |
| 01/10/2020 | 127 | LETTER MOTION for Leave to File motion to withdraw as counsel addressed to Judge Kenneth M. Karas from AAG Janice Powers dated 1/10/2020. Document filed by Booth. (Powers, AAG J.) (Entered: 01/10/2020) |
| 01/13/2020 | 128 | ORDER granting 127 LETTER MOTION for Leave to File motion to withdraw as counsel The Affidavit should be filed by 1/27/2020. SO ORDERED. (Signed by Judge Kenneth M Karas on 1/13/2020) (jca) (Entered: 01/13/2020) |
| 12/07/2021 | 209 | Judge Philip M. Halpern.) (Signed by Judge Philip M. Halpern on 12/7/2021) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 12/07/2021) CLERK'S DEFAULT JUDGMENT AS TO LIABILITY in favor of Kevin Thompson against Booth. It is hereby ORDERED, ADJUDGED, AND DECREED, that pursuant to the Courts Order dated December 7, 2021, default judgment is granted on Plaintiff's Cause of Action for violation of the Eighth Amendment due to Excessive Force. Judgment is entered in favor of Plaintiff and against Defendant as to liability only. (Signed by Clerk of Court Ruby Krajick on 12/7/2021) (Attachments: # 1 Right to Appeal) (km) (Entered: 12/07/2021) |
| 12/14/2021 | 210 | LETTER addressed to Judge Philip M. Halpern from Troy Booth dated 12/9/2021 re: My name is Troy Booth, I am involved with case 7:16-cv-03477-PMH. I am in need of assistance from the court. My contract agreement with NYSCOPBA states I should be provided with legal representation. In my case I am not being represented. I have enclosed a copy of Article 21 from NYSCOPBA Union. Could I please receive assistance in getting closure on this matter. Document filed by Booth. (ok) (Entered: 12/14/2021) |
| 01/19/2022 | 211 | LETTER MOTION for Extension of Time Plaintiff respectfully requests an additional two weeks to file its damages assessment by February 16, 2022, and to allow Defendant Booth the opportunity to file an opposition by March 2, 2022. addressed to Judge Philip M. Halpern from William Lesser dated January 19, 2022. Document filed by Kevin Thompson..(Lesser, William) (Entered: 01/19/2022) |
| 01/20/2022 | 212 | ORDER granting 211 LETTER MOTION for Extension of Time Plaintiff respectfully requests an additional two weeks to file its damages assessment by February 16, 2022, and to allow Defendant Booth the opportunity to file an opposition by March 2, 2022. Application granted. Plaintiff shall serve and file an affidavit and memorandum of law, in accordance with the Court's December 7, 2021 Order (Doc. 208) by February 16, 2022; Defendant Booth, should he be so advised, shall serve and file his opposition by March 2, 2022; and Plaintiff shall serve and file his reply, if any, by March 7, 2022. Plaintiff is directed to serve a copy of this order on Defendant Booth and file proof of service on the docket. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 211. SO ORDERED. (Signed by Judge Philip M. Halpern on 1/20/2022) (jca) (Entered: 01/20/2022) |
| 01/26/2022 | 213 | AFFIDAVIT OF SERVICE of Courts Order dated January 20, 2022 granting Plaintiff Kevin Thompsons request for an extension to file his damages assessment [Dkt. No. 212] served on Troy Booth on January 24, 2022. Service was made by EMAIL. Document filed by Kevin Thompson..(Lesser, William) (Entered: 01/26/2022) |
| 02/10/2022 | 214 | LETTER addressed to Judge Philip M. Halpern from Troy Booth dated 2/4/2022 re: You Honor I am writing this memo to request assist from the Court. I have written several letters and sent emails via pro se. I have not received any response...I have enclosed a copy of Article 21. Document filed by Troy Booth. (ok) (Entered: 02/11/2022) |
| 02/10/2022 | | Request for Copies/Transcripts/Docket Sheet Received: Re 214 Letter. Request for Docket Report, from Troy Booth received on 2/4/2022. Transmission to Pro Se Assistants for processing. (ok) (Entered: 02/11/2022) |

PACER Service Center

Transaction Receipt

02/11/2022 15:47:51

| PACER Login: | lus5070 | Client Code: | |
|---|---|---|---|
| | Docket Report | Search Criteria: | 7:16-cv-03477-PMH |

| Date | Doc # | Description |
|---|---|---|
| 03/40/2021 | 168 | MEMORANDUM OPINION AND ORDER re: 152 MOTION for Sanctions Pursuant to Rule 37 with Certificate of Service. filed by Kevin Thompson, 156 MOTION for Summary Judgment. filed by Garnot, Vigina, C.O. Jordan, Salerno.., The Represented Defendants' motion for summary judgment is DENIED, Peterson's motion for summary judgment is GRANTED, and Plaintiff's motion for sanctions is GRANTED. The Clerk is directed to terminate Defendant Charlotte Peterson from the docket, to strike Defendant Sgt. Booth's Answer from the docket (Doc. 113), and to terminate the pending motions (Docs. 152, 156). The Clerk is directed further to mail a copy of this Memorandum Opinion and Order to Defendant Peterson at the address on the docket and to Defendant Booth at 11 Tillson Avenue, Apartment 2, Highland, NY 12528. The Court shall hold a Case Management Conference on April 7, 2021 at 12:00 p.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831. SO ORDERED., Charlotte Peterson terminated.. Case Management Conference via telephone set for 4/7/2021 at 12:00 PM before Judge Philip M. Halpern. (Signed by Judge Philip M. Halpern on 3/10/2021) (fj) Transmission to Docket Assistant Clerk for processing. (Entered: 03/10/2021) |
| 03/10/2021 | | Mailed a copy of 168 Memorandum & Opinion, Add and Terminate Parties, Set Hearings, to Sgt. Booth at 11 Tillson Avenue, Apartment 2, Highland, NY 12528 and Charlotte Peterson at P. Box 634, Wappingers Falls, NY 12590. (dsh) (Entered: 03/10/2021) |
| 03/31/2021 | | Received returned mail re: 168 Memorandum & Opinion, Add and Terminate Parties, Set Hearings. Mail was addressed to Sgt. Booth, 11 Tillson Avenue, Apartment 2, Highland, NY 12528 and was returned for the following reason(s): Return To Sender Not Deliverable As Unable To Forward. (vn) (Entered: 04/01/2021) |
| 04/06/2021 | 169 | LETTER addressed to Judge Philip M. Halpern from Joseph Dever dated April 6, 2021 re: writing in advance of the case management conference scheduled for tomorrow, Wednesday, April 7, 2021, to preview for the Court several matters we intend to address at the conference. Document filed by Kevin Thompson.. (Dever, Joseph) (Entered: 04/06/2021) |
| 04/06/2021 | 170 | MEMO ENDORSEMENT on re: 169 Letter, filed by Kevin Thompson. ENDORSEMENT: Pro bono counsel's request to appear and participate at tomorrow's conference is granted. The other issues raised in Plaintiff's letter will be addressed at the conference. SO ORDERED. (Signed by Judge Philip M. Halpern on 4/6/2021) (ks) (Entered: 04/06/2021) |
| 04/07/2021 | | Minute Entry for proceedings held before Judge Philip M. Halpern: Telephone Conference held on 4/7/2021. Counsel for Plaintiff and counsel for Defendants Salerno, Garnot, Vigna, and Jordan appeared via telephone. Pro se Defendant Booth did not appear. By April 16, 2021, the parties shall submit a joint letter addressing whether the parties consent to conducting an evidentiary hearing to determine the PLRA exhaustion issue as discussed at the conference. By April 23, 2021, the parties shall submit a joint letter regarding availability for such a hearing and a proposal for how the hearing will proceed. Plaintiff is granted permission to move for a default judgment against Defendant Booth in compliance with the Court's individual Practices, if so advised. Additionally, the parties are directed to meet and confer to discuss settlement and shall jointly notify the Court if the parties wish to be referred to the Magistrate Judge for the purpose of settlement. (bk) (Entered: 04/07/2021) |
| 04/09/2021 | 171 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Kevin Thompson.. (McDonald, Hallie) Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers). (Entered: 04/09/2021) |
| 08/02/2021 | 191 | LETTER addressed to Judge Philip M. Halpern from William Lesser dated August 2, 2021 re: Plaintiff's exhibits. Document filed by Kevin Thompson. (Attachments: # 1 Plaintiff's Exhibit 1, # 2 Plaintiff's Exhibit 2, # 3 Plaintiff's Exhibit 3, # 4 Plaintiff's Exhibit 4, # 5 Plaintiff's Exhibit 5).(Lesser, William) (Entered: 08/02/2021) |
| 08/02/2021 | 192 | LETTER addressed to Judge Philip M. Halpern from Janice Powers, AAG dated 8/2/2021 re: Exhibits Uploaded and Mailed to Court. Document filed by Garnot, C.O. Jordan, Salerno, Vigina. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit).(Powers, AAG J.) (Entered: 08/02/2021) |
| 08/04/2021 | 193 | ORDER: For the reasons indicated on the record and law cited therein, the Court found that Plaintiff failed to satisfy his burden of production to establish that the administrative grievance process was "unavailable" to him. Williams v. Priatno, 829 F.3d 118, 123 (2d Cir. 2016). Therefore, the Court found that Plaintiff failed to exhaust his administrative remedies as required under the Prison Litigation Reform Act ("PLRA"). Because Plaintiff failed to exhaust his remedies, this action is dismissed with prejudice as to Defendants Salerno, Garnot, Jordan, and Vigna. The Court grants Plaintiff permission to seek a default judgment on liability with respect to Defendant Booth in accordance with this Court's Individual Practices. In doing so, Plaintiff must specify why it is permissible for this case to proceed with respect to Defendant Booth, despite the Court's finding that Plaintiff failed to exhaust his administrative remedies under the PLRA. See transcript. SO ORDERED. Salerno, Vigina, Garnot (CO) and C.O. Jordan terminated. (Signed by Judge Philip M. Halpern on 8/4/2021) (jca) (Entered: 08/04/2021) |
| 09/07/2021 | 194 | ORDER: Plaintiff is directed to provide a status update regarding his proposed motion for default judgment against Defendant Booth by September 10, 2021 at 5:00 p.m. (HEREBY ORDERED by Judge Philip M. Halpern) (Text Only Order) (msr) (Entered: 09/07/2021) |
| 09/09/2021 | 195 | LETTER MOTION for Extension of Time to File - request that Plaintiff be granted leave to file his proposed Order to Show Cause on or before October 8, 2021 addressed to Judge Philip M. Halpern from Hallie McDonald dated September 9, 2021. Document filed by Kevin Thompson..(McDonald, Hallie) (Entered: 09/09/2021) |
| 09/10/2021 | 196 | ORDER granting 195 Letter Motion for Extension of Time to File. Application granted. Plaintiff, should the be so advised, shall file an order to show cause for default judgment against Defendant Booth by October 8, 2021. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 195. (Signed by Judge Philip M. Halpern on 9/10/2021) (tg) (Entered: 09/10/2021) |
| 10/08/2021 | 197 | FILING ERROR - DEFICIENT DOCKET ENTRY - FILER ERROR - PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Kevin Thompson. (Attachments: # 1 Affidavit of Hallie McDonald, Esq. in Support of |

SDNY CM/ECF NextGen Version 1.6

| | | |
|---|---|---|
| 02/12/2020 | | Kevin Thompson. (Attachments: # 1 Text of Proposed Order)(Lesser, William) (Entered: 02/12/2020) |
| 02/12/2020 | 139 | MEMORANDUM OF LAW in Support re: 138 MOTION to Compel for Defendant Sgt. Booth to to appear for Deposition . . Document filed by Kevin Thompson..(Lesser, William) (Entered: 02/12/2020) |
| 02/13/2020 | 140 | ORDER ON PLAINTIFF'S MOTION TO COMPEL granting 138 Motion to Compel. AND NOW, this 13 day of Feb., upon consideration of Plaintiffs Motion to Compel, it is hereby ORDERED and DECREED that said Motion is GRANTED. Defendant Sgt. Booth is ORDERED to appear for his deposition on March 3, 2020 at 10:00 AM at the law offices of Cozen O'Connor, 45 Broadway, Suite 1600, New York, New York 10006 and counsel for Sgt. Booth is ORDERED to serve this Order and inform Sgt. Booth of his scheduled deposition through all available means, including but not limited to, his last known address, telephone number, and personal email address, if known. BY THE COURT. (Signed by Magistrate Judge Paul E. Davison on 2/13/2020) (ks) (Entered: 02/13/2020) |
| 02/13/2020 | | Minute Entry for proceedings held before Judge Kenneth M. Karas: Status Conference held on 2/13/2020. William Lesser appeared on behalf of Plaintiff. Janice Powers appeared on behalf of Defendants Booth, Salerno, Garnot, Vigina, and Jordan. Charlotte Peterson appeared on behalf of herself. No court reporter served. The Court noted that the pending Motion to Compel Defendant Booth's deposition is before Magistrate Judge Paul E. Davison and that the pending Motion to Withdraw filed by Janice Powers is under consideration in this Court. The Court instructed Defendant Peterson that it would accept her letter, Dkt. No. 131, as a pre-motion letter on a putative motion for summary judgment, but that resolution of any claims against her must wait until the end of discovery. The Parties are scheduled to appear again on April 23, 2020 at 10:30 a.m. Any other pre-motion letters are due April 9, 2020. Non-movant's response to all pre-motion letters is due April 16, 2020. The Clerk of Court is respectfully requested to mail a copy of this docket sheet to pro se Defendant Peterson. (GC) (Entered: 02/13/2020) |
| 02/18/2020 | 141 | LETTER addressed to Magistrate Judge Paul E. Davison from AAG J. Powers dated 2/18/2020 re: Contact for Def. Booth. Document filed by Booth..(Powers, AAG J.) (Entered: 02/18/2020) |
| 04/03/2020 | 142 | ORDER on MEMORANDUM OF LAW IN SUPPORT granting 132 Motion to Withdraw as Attorney. ENDORSEMENT: Counsel's application to withdraw as counsel to Defendant Booth is granted. The Clerk of Court is directed to terminate the Motion at Docket No. 132. SO ORDERED. (Signed by Judge Kenneth M. Karas on 4/3/2020) Attorney AAG J. Powers terminated (ks) (Entered: 04/03/2020) |
| 04/15/2020 | 143 | LETTER MOTION to Adjourn Conference addressed to Judge Kenneth M. Karas from AAG J. Powers dated 4/15/2020. Document filed by Garnot, C.O. Jordan, Salerno, Vigina..(Powers, AAG J.) (Entered: 04/15/2020) |
| 04/15/2020 | 144 | LETTER MOTION for Extension of Time for motion practice addressed to Judge Kenneth M. Karas from J. Powers, AAG dated 4/15/2020. Document filed by Garnot, C.O. Jordan, Salerno, Vigina. (Powers, AAG J.) (Entered: 04/15/2020) |
| 04/15/2020 | 145 | ORDER granting in part and denying in part 143 Letter Motion to Adjourn Conference. Defendants' summary judgment motion is due 6/15/20. While the pandemic is disrupting the normal routine of work, it is likely to continue to do so for the foreseeable future. Two months is adequate time to prepare the motion in this four-year-old case. Plaintiff's response is due 7/15/20. Defense reply is due 7/29/20. Defendants are to mail this endorsement to Plaintiff and confirm they did so by 4/22/20. (Signed by Judge Kenneth M. Karas on 4/15/20) (yv) (Entered: 04/15/2020) |
| 04/15/2020 | | Set/Reset Deadlines: Motions due by 6/15/2020. Responses due by 7/15/2020. Replies |

SDNY CM/ECF NextGen Version 1.6

Kevin Thompson. (Attachments: # 1 Text of Proposed Order)(Lesser, William) (Entered: 02/12/2020)

139 MEMORANDUM OF LAW in Support re: 138 MOTION to Compel for Defendant Sgt. Booth to to appear for Deposition . . Document filed by Kevin Thompson..(Lesser, William) (Entered: 02/12/2020)

140 ORDER ON PLAINTIFF'S MOTION TO COMPEL granting 138 Motion to Compel. AND NOW, this 13 day of Feb., upon consideration of Plaintiffs Motion to Compel, it is hereby ORDERED and DECREED that said Motion is GRANTED. Defendant Sgt. Booth is ORDERED to appear for his deposition on March 3, 2020 at 10:00 AM at the law offices of Cozen O'Connor, 45 Broadway, Suite 1600, New York, New York 10006 and counsel for Sgt. Booth is ORDERED to serve this Order and inform Sgt. Booth of his scheduled deposition through all available means, including but not limited to, his last known address, telephone number, and personal email address, if known. BY THE COURT. (Signed by Magistrate Judge Paul E. Davison on 2/13/2020) (ks) (Entered: 02/13/2020)

Minute Entry for proceedings held before Judge Kenneth M. Karas: Status Conference held on 2/13/2020. William Lesser appeared on behalf of Plaintiff. Janice Powers appeared on behalf of Defendants Booth, Salerno, Garnot, Vigina, and Jordan. Charlotte Peterson appeared on behalf of herself. No court reporter served. The Court noted that the pending Motion to Compel Defendant Booth's deposition is before Magistrate Judge Paul E. Davison and that the pending Motion to Withdraw filed by Janice Powers is under consideration in this Court. The Court instructed Defendant Peterson that it would accept her letter, Dkt. No. 131, as a pre-motion letter on a putative motion for summary judgment, but that resolution of any claims against her must wait until the end of discovery. The Parties are scheduled to appear again on April 23, 2020 at 10:30 a.m. Any other pre-motion letters are due April 9, 2020. Non-movant's response to all pre-motion letters is due April 16, 2020. The Clerk of Court is respectfully requested to mail a copy of this docket sheet to pro se Defendant Peterson. (GC) (Entered: 02/13/2020)

141 LETTER addressed to Magistrate Judge Paul E. Davison from AAG J. Powers dated 2/18/2020 re: Contact for Def. Booth. Document filed by Booth..(Powers, AAG J.) (Entered: 02/18/2020)

142 ORDER on MEMORANDUM OF LAW IN SUPPORT granting 132 Motion to Withdraw as Attorney. ENDORSEMENT: Counsel's application to withdraw as counsel to Defendant Booth is granted. The Clerk of Court is directed to terminate the Motion at Docket No. 132. SO ORDERED. (Signed by Judge Kenneth M. Karas on 4/3/2020) Attorney AAG J. Powers terminated (ks) (Entered: 04/03/2020)

143 LETTER MOTION to Adjourn Conference addressed to Judge Kenneth M. Karas from AAG J. Powers dated 4/15/2020. Document filed by Garnot, C.O. Jordan, Salerno, Vigina..(Powers, AAG J.) (Entered: 04/15/2020)

144 LETTER MOTION for Extension of Time for motion practice addressed to Judge Kenneth M. Karas from J. Powers, AAG dated 4/15/2020. Document filed by Garnot, C.O. Jordan, Salerno, Vigina. (Powers, AAG J.) (Entered: 04/15/2020)

145 ORDER granting in part and denying in part 143 Letter Motion to Adjourn Conference. Defendants' summary judgment motion is due 6/15/20. While the pandemic is disrupting the normal routine of work, it is likely to continue to do so for the foreseeable future. Two months is adequate time to prepare the motion in this four-year-old case. Plaintiff's response is due 7/15/20. Defense reply is due 7/29/20. Defendants are to mail this endorsement to Plaintiff and confirm they did so by 4/22/20. (Signed by Judge Kenneth M. Karas on 4/15/20) (yv) (Entered: 04/15/2020)



| | | SDNY CM/ECF NextGen Version 1.6 | |
|---|---|---|---|
| 89 | | *Complaint.* Document filed by Hill. (Attachments: # 1 Exhibit A- medical records redacted)(Rogers, Courtney) (Entered: 12/01/2017) | |
| 90 | | REPLY MEMORANDUM OF LAW in Support re: 75 MOTION to Dismiss *the Complaint.*. Document filed by Hill. (Rogers, Courtney) (Entered: 12/01/2017) | |
| 91 | | SEALED DOCUMENT placed in vault.(ast) (Entered: 12/07/2017) | |
| 92 | | PRO SE MEMORANDUM dated 12/21/17 re: CHANGE OF ADDRESS for Kevin Thompson. New Address: 603 Mother Gaston, Brooklyn, New York, 11212. (sc) (Entered: 12/22/2017) | |
| 93 | | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - FIRST LETTER MOTION to Compel Kevin Thompson a/k/a James Moore to confirm address addressed to Judge Kenneth M. Karas from Courtney A. Rogers dated 04/23/2018. Document filed by Booth.(Rogers, Courtney) Modified on 5/1/2018 (db). (Entered: 04/23/2018) | |
| 94 | | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - LETTER MOTION to Compel *(Kevin Thompson a/k/a James Moore to confirm address)* addressed to Judge Kenneth M. Karas from Courtney A. Rogers dated April 23, 2018. Document filed by Hill.(Rogers, Courtney) Modified on 5/1/2018 (db). (Entered: 04/24/2018) ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Courtney Alexandra Rogers to RE-FILE Document 93 LETTER MOTION to Compel *(Kevin Thompson a/k/a James Moore to confirm address)* addressed to Judge Kenneth M. Karas from Courtney A. Rogers dated April 23, 2018. Use the event type Letter found under the event list Other Documents. (db) (Entered: 05/01/2018) | |
| 95 | | LETTER addressed to Judge Kenneth M. Karas from Courtney A. Rogers dated April 23 2018 re: Requesting the Court to instruct Plaintiff to confirm or update address. Document filed by Hill.(Rogers, Courtney) (Entered: 05/01/2018) | |
| 96 | | LETTER from Kevin Thompson dated 7/5/18 re: (RESPONDS TO 4/23/18 LETTER FROM COURTNEY A. ROGERS)- Plaintiff informs the Court of his current address as follows: 603 Mother Gaston, Apartment 5G, Brooklyn, New York 11215. Document filed by Kevin Thompson.(sc) (Entered: 07/06/2018) | |
| 97 | | OPINION & Order re: 73 MOTION to Dismiss *Notice of Motion Fed. R. Civ. P. 12(b)* filed by Garnot, Booth, Vigina, Woods, C.O. Jordan, Salerno, 75 MOTION to Dismiss 25 MOTION to Dismiss *Complaint* filed by Hill. For the reasons stated above, the Fishkill Defendants' Motion to Dismiss is granted in part and denied in part, and Hill's Motion To Dismiss is granted claims against Woods and Hill are dismissed, while the Eighth Amendment claims against Booth, Salerno, Garnot, Jordan, and Vigna will proceed. If Plaintiff wishes to amended complaint, Plaintiff must do so within 30 days of the date of this Opinion... | |

| | | SDNY CM/ECF NextGen Version 1.6 | |
|---|---|---|---|
| | 02/12/2020 | Kevin Thompson. (Attachments: # 1 Text of Proposed Order).(Lesser, William) (Entered: 02/12/2020) | |
| 139 | 2020 | MEMORANDUM OF LAW in Support re: 138 MOTION to Compel Defendant Sgt. Booth to to appear for Deposition . . Document filed by Kevin Thompson..(Lesser, William) (Entered: 02/12/2020) | |
| 140 | 02/13/2020 | ORDER ON PLAINTIFF'S MOTION TO COMPEL granting 138 Motion to Compel. AND NOW, this 13 day of Feb., upon consideration of Plaintiff's Motion to Compel, it is hereby ORDERED and DECREED that said Motion is GRANTED. Defendant Sgt. Booth is ORDERED to appear for his deposition on March 3, 2020 at 10:00 AM at the law offices of Cozen O'Connor, 45 Broadway, Suite 1600, New York, New York 10006 and counsel for Sgt. Booth is ORDERED to serve this Order and inform Sgt. Booth of his scheduled deposition through all available means, including but not limited to, his last known address, telephone number, and personal email address, if known. BY THE COURT. (Signed by Magistrate Judge Paul E. Davison on 2/13/2020) (ks) (Entered: 02/13/2020) | |
| | 02/13/2020 | Minute Entry for proceedings held before Judge Kenneth M. Karas: Status Conference held on 2/13/2020. William Lesser appeared on behalf of Plaintiff. Janice Powers appeared on behalf of Defendants Booth, Salerno, Garnot, Vigina, and Jordan. Charlotte Peterson appeared on behalf of herself. No court reporter served. The Court noted that the pending Motion to Compel Defendant Booth's deposition is before Magistrate Judge Paul E. Davison and that the pending Motion to Withdraw filed by Janice Powers is under consideration in this Court. The Court instructed Defendant Peterson that it would accept her letter, Dkt. No. 131, as a pre-motion letter on a putative motion for summary judgment, but that resolution of any claims against her must wait until the end of discovery. The Parties are scheduled to appear again on April 23, 2020 at 10:30 a.m. Any other pre-motion letters are due April 9, 2020. Non-movant's response to all pre-motion letters is due April 16, 2020. The Clerk of Court is respectfully requested to mail a copy of this docket sheet to pro se Defendant Peterson. (GC) (Entered: 02/13/2020) | |
| 141 | 2/18/2020 | LETTER addressed to Magistrate Judge Paul E. Davison from AAG J. Powers dated 2/18/2020 re: Contact for Def. Booth. Document filed by Booth..(Powers, AAG J.) (Entered: 02/18/2020) | |
| 142 | 4/03/2020 | ORDER on MEMORANDUM OF LAW IN SUPPORT granting 132 Motion to Withdraw as Attorney. ENDORSEMENT: Counsel's application to withdraw as counsel to Defendant Booth is granted. The Clerk of Court is directed to terminate the Motion at Docket No. 1 SO ORDERED. (Signed by Judge Kenneth M. Karas on 4/3/2020) Attorney AAG J. Powers terminated (ks) (Entered: 04/03/2020) | |
| 143 | | LETTER MOTION to Adjourn Conference addressed to Judge Kenneth M. Karas from | |

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.