UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN THOMPSON,

      Plaintiff,

   -v-

SGT. BOOTH, C.O., et al.,

      Defendants.

Civ. 16-cv-03477 (PMH) (PED)

**JUDGMENT**

PHILIP M. HALPERN, U.S.D.J.

  Plaintiff Kevin Thompson's (also known as James Moore) motion for default judgment against Defendant Troy L. Booth having been granted by the Court's December 7, 2021 Order, and the Court setting the amount of damages Plaintiff Kevin Thompson is entitled to as against Defendant Troy L. Booth in the Court's March 14, 2022 Order and for the reasons set forth on the record during the March 10, 2022 inquest on damages,

  **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Kevin Thompson, also known as James Moore, has Judgment against Defendant Troy L. Booth in the amount of $50,000.00 compensatory damages, and the Clerk of Court is directed to enter this Judgment.

            SO ORDERED:

Dated: March  29 , 2022
   White Plains, New York

            PHILIP M. HALPERN
            United States District Judge