UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN THOMPSON,

          Plaintiff,

-against-

SGT. BOOTH, C.O., et al.,

          Defendant.

**ORDER**

16-CV-03477 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Mandate of the United States Court of Appeals for the Second Circuit was returned today, which "ORDERED, ADJUDGED and DECREED that the district court's default judgment is VACATED, and the case is REMANDED to the district court . . . ." (Doc. 251). The Mandate instructs this Court "to enter a judgment dismissing the claims against Appellant Booth." (*Id.*).

    Accordingly, the Clerk's Default Judgment as to Liability (Doc. 209) and the Judgment entered in favor of Plaintiff and against Defendant Thomas Booth in the amount of $50,000 (Doc. 225) are hereby VACATED. Plaintiff's claims against Booth are DISMISSED.

    The Clerk of Court is respectfully requested to enter judgment dismissing Plaintiff's claims against Booth and close this case.

SO ORDERED:

Dated:   White Plains, New York
         February 6, 2025

_____
PHILIP M. HALPERN
United States District Judge