**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KEVIN THOMPSON,

                Plaintiff,

-against-                                  16 **CIVIL** 3477 (PMH)

                                                              **<u>JUDGMENT</u>**

SGT. BOOTH, C.O., et al.,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 6, 2025, Plaintiff's claims against Booth are DISMISSED and judgment is entered dismissing Plaintiff's claims against Booth; accordingly, the case is closed.

**Dated:** New York, New York

      February 6, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                       _____
                                                                         **Clerk of Court**

                                                      *K. Mango*

                                 **BY:**   _____
                                                                          **Deputy Clerk**